NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000510
17-MAY-2019
08:09 AM**

NO. CAAP-13-0000510

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEORGE AND MICHIKO BRUNO, Plaintiffs-Appellants, v.
ASSOCIATION OF APARTMENT OWNERS OF WAIKIKI MARINA CONDOMINIUM,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2117-08)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Ginoza, C.J., and Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice for All Claims and Parties, filed on
May 10, 2019,[1] by the parties, and the records and files herein,
it appears that (1) the parties have reached an agreement and
seek to dismiss the appeal with prejudice pursuant to Hawai'i
Rules of Appellate Procedure Rule 42(b), (2) the stipulation is
signed by counsel for all of the parties, (3) the parties agree
to bear their own attorneys' fees and costs, and (4) the parties
agree that no part of the stipulation shall preclude them from
submitting a stipulation and order to the Circuit Court of the
First Circuit ("Circuit Court") to exonerate and release the
June 13, 2013 supersedeas bond in the underlying action.
Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal
of Appeal With Prejudice for All Claims and Parties is approved
and the appeal is dismissed with prejudice.

---

[1] The document was originally filed on April 30, 2019 in incorrect
appellate case no. CAAP-14-00001210.

IT IS FURTHER ORDERED that no party shall be precluded from submission of a stipulation and order to the Circuit Court to exonerate and release the June 13, 2013 supersedeas bond in the underlying action, and each party shall bear their own costs and attorneys' fees on appeal.

DATED:  Honolulu, Hawaiʻi, May 17, 2019.

Chief Judge

Associate Judge

Associate Judge